IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS DAJON MILLER,<br><br>    Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent._____/ | No. C 09-04657 CW (PR)<br><br>ORDER OF TRANSFER |

    Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus.  He seeks leave to proceed in forma pauperis.

    Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions."  28 U.S.C. § 2241(a).  A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction.  Id. § 2241(d).  The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice.  See id.  Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.

See <u>Dannenberg v. Ingle</u>, 831 F. Supp. 767, 767 (N.D. Cal. 1993); <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

    Here, Petitioner challenges a conviction and sentence incurred in the Los Angles County Superior Court, which is in the venue of the Western Division of the Central District of California.  <u>See</u> 28 U.S.C. § 84.  Accordingly, that is the proper venue for this action.

    Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District Court for the Western Division of the Central District of California.

    All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

    IT IS SO ORDERED.

Dated:  10/21/2009

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NORRIS DAJON MILLER,

        Plaintiff,

  v.

PEOPLE OF THE STATE OF CALIFORNIA
et al,

        Defendant.
                               /

Case Number: CV09-04657 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Norris DaJon Miller F-22959
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

Dated: October 21, 2009

                                      Richard W. Wieking, Clerk
                                      By: Clara Pierce, Deputy Clerk